

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00456-CV
_____

MICHELLE STEPPE AND NICHOLAS STEPPE, Appellants

V.

PAPA JOHN'S USA, INC. A/K/A STAR PAPA, LP D/B/A PAPA JOHN'S PIZZA, Appellee

_____

On Appeal from the 236th District Court
Tarrant County, Texas
Trial Court No. 236-308607-19

_____

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered "Appellants' Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: November 14, 2024